# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNDEEN T. BONIFACE, </br> Petitioner, </br> v. </br> WARDEN, </br> Respondent. | Case No. EDCV 11-1152-JFW (JEM) </br></br> **JUDGMENT** |

Pursuant to the "Order Denying Motion and Dismissing Action Without Prejudice,"

IT IS HEREBY ADJUDGED that Petitioner's "Motion to Toll Time for Writ of Habeas Corpus" is denied and this action is dismissed without prejudice.

DATED: July 28, 2011

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE